UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA          JUDGMENT IN A CRIMINAL CASE
-vs-                              (FOR OFFENSES COMMITTED ON OR AFTER NOVEMBER 1, 1987)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUNE 16 2005 ★
BROOKLYN OFFICE

FAROUK AMAD                       CASE NO.: CR-04-325
                                  COUNSEL: JAN ROSTAL

THE DEFENDANT:
X   pleaded guilty to count(s) ONE-CT INDICTMENT
_   was found guilty on count(s) _____
    after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title/Section | Nature of Offense | Date concluded | Count # |
|---|---|---|---|
| 18:2252a | POSSESS CHILD PORN TRANSPORTED VIA COMPUTER | 3/5/2004 | 1 |

The deft is sentenced as provided in pgs. 2 through  3 
of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_   The deft has been found not guilty on cts. _____ and is discharged as to such cts.
X   Count(s) REMAINING is/are dismissed on motion of A.U.S.A.
X   It is ordered that the deft shall pay a special assessment of
    $ 100.00   for count(s)   ONE   .

IT IS FURTHER ORDERED that the deft shall notify the U.S. attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defts S.S. No. _____          June 10, 2005
                                    Date of imposition of sentence
Defts D.O.B. _____
                                    s/Edward R. Korman
Defts USM No: _____           Signature of Judicial Officer

Defts residence address:            EDWARD R. KORMAN, U.S.D.J.
                                    Name/Title of Judicial Officer

                                    A TRUE COPY ATTEST
                                    DATED_____
                                    ROBERT C. HEINEMANN
                                    CLERK
                                    BY_____
                                    Deputy Clerk

## PROBATION

The defendant is hereby placed on probation for a term of
FIVE (5) YRS .

*see page 2A for special conditions of supervision***

The defendant shall not commit another federal, state, or local crime.
The defendant shall not unlawfully possess a controlled substance.
For offenses committed on or after September 13, 1994:

   The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

_ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.   (Check, if applicable.)


XX The defendant shall not possess a firearm as defined in 18 U.S.C. Section 921.   (Check, if applicable.)

   If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

   The defendant shall comply with the standard conditions that have been adopted by this court(set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instruction of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substance are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

U.S.A. v. FAROUK AMAD

Docket #: 04-CR-325-02

Sentence Date: April 22, 2005

## U.S. PROBATION DEPARTMENT SENTENCE RECOMMENDATION

An order of forfeiture as detailed in the plea agreement; 5 years Probation with special conditions as follows:

-compliance with the forfeiture order;

-the defendant shall participate in a mental health treatment program, which may include treatment for sexual disorders, with a treatment provider selected by the Probation Department. The defendant shall contribute to the cost of the services rendered, via co-payment, as approved by the Probation Department. As part of the treatment program for sexual disorders, the defendant shall also participate in a polygraph examination(s) to obtain information necessary for risk management and correctional treatment, as approved by the Probation Department;

-the defendant is not to use a computer to access pornographic web-sites or communicate with any individual or group who promotes sexual abuse of children. The defendant shall cooperate with the United State Probation Department's monitoring of compliance with this condition. The cooperation shall include, but not be limited to, identifying the computers he has access to, allowing the installation of monitoring software, and permitting random inspections of his computer hard drives and related computer peripherals, such as disks or CD's. The defendant shall contribute to the cost of the monitoring devices;

-the defendant shall participate in substance abuse treatment with a treatment provider selected by the Probation Department; treatment may include outpatient or residential treatment as determined by the Probation Department;

-the defendant shall abstain from all illegal substances and/or alcohol;

-the defendant shall contribute to the cost of services rendered via co-payment or full payment in an amount to be determined by the Probation Department, based upon the defendant's ability to pay and/or the availability of third party payment;


~~research condition;~~

$100 Special Assessment.